DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

       Plaintiff,

    vs.

CLARITA SOLIVAR,

       Defendant.

CRIMINAL CASE NO. 84-00048

**ORDER**

On June 9, 1997, the Court received payment in the amount of $60.00, receipt number 0013870, which was inadvertently applied toward Fund 504100 (Exhibit A).  Subsequently, the Clerk's Office verified with the U.S. Attorney's Office, Financial Litigation Unit, and said amount should be transferred to the Deposit Fund 6855XX.

Accordingly, the Clerk of Court is hereby ordered to transfer $60.00 from Fund 504100 to Fund 6855XX.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
      **Chief Judge**
**Dated: Jun 07, 2007**

RECEIPT FOR PAYMENT
DISTRICT COURT OF GUAM

at AGANA, GUAM

Rcpt #: 0013070     Date: 06/09/1997

Received From:
    SOLIVAR, CLARITA
    332 W.Santa Monica Avenue
    Kaiser Dededo, Guam 96912

CR-84-00048
Assessments/Fines
Check Info: 10-512 #0317

| Account | Amount |
| --- | --- |
| 504100 | $60.00 |
| Total: | $60.00 |

Payment Tendered:
    Cash :     $0.00
    Check:    $60.00
    M.O.:      $0.00
               $60.00

Change Due:     $0.00

Checks and drafts are accepted subject
to collection and full credit will only
be given when the check or draft has
been accepted by the financial
institution on which it was drawn.

Deputy
Clerk:

    Renee M. Martinez

**EXHIBIT A**